

J. Clark Stankoski, Fairhope, AL, for Defendant–Appellant.

Before EDMONDSON, MARCUS, and MARTIN, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Jason Ewing in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ewing's revocation and sentence are **AFFIRMED.**

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

J. Clark Stankoski, appointed counsel for Jarvis Anderson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Anderson's convictions and sentences are **AFFIRMED.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Jarvis ANDERSON, Defendant–
Appellant.

No. 11–11985
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 23, 2012.

Steven E. Butler, Assistant U.S. Attorney, Gregory A. Bordenkircher, Kenyen Ray Brown, U.S. Attorney, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Ramon RODRIGUEZ–TAPIA,
Defendant–Appellant.

No. 11–12545
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 23, 2012.

